Josephine D. Bell v. Press Publishing Company.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Fannie J. Goepel v. Kurtz Action Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Joseph G. Coyle v. George E. Wallace.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Harry Vanta and Another v. Massachusetts Bonding and Insurance Company.— Motion denied. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Hyman Rashkoff v. The Erie Railroad Company.— Motion denied. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Baker Avenue. (2 cases.) — Motions granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Madison Trust Company v. Herman Milgrin and Another.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of William G. Gray.— Motion denied. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Northern Bank of New York v. William G. Mulligan and Another.— Motion granted unless appellants comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Margaret Matthews v. Frederick W. Whitridge.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Walter Althause v. Guaranty Trust Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ. (Hotchkiss, J., not sitting.)

Bertha Evans and Another v. Charles J. Peltz and Another.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.